FEBRUARY 26, 1975

No. A-690 (74-1062). CALDWELL v. CITY OF NEW ORLEANS. Sup. Ct. La. Application for stay of execution and enforcement of sentence, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MARSHALL took no part in the consideration or decision of this application.